IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| JOLYNN ALDERMAN,<br><br>    Plaintiff,<br><br>v.<br><br>DERRICK PHILLIPS, M.D., and<br>HOUSTON ORTHOPAEDIC SURGERY<br>& SPORTS MEDICINE, P.C. d/b/a<br>MIDDLE GEORGIA ORTHOPAEDIC<br>SURGERY & SPORTS MEDICINE<br><br>    Defendants. | )<br>)<br>)<br>)<br>) Civil Action No. 5:15-CV-33-CAR<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## COMPLAINT FOR DAMAGES

COMES NOW, Plaintiff in the above styled action, by and through her undersigned attorney of record, and hereby files this Complaint for Damages, respectfully showing this Honorable Court the following:

### JURISDICTION AND VENUE

1.

The Plaintiff is a resident of Volusia County, Florida and hereby subjects herself to the jurisdiction of this Court.

2.

The Houston Orthopaedic Surgery & Sports Medicine, P.C. d/b/a Middle Georgia Orthopaedic Surgery & Sports Medicine (hereinafter "Middle Georgia Orthopaedic") is a domestic Professional Corporation who maintains a principal place of business in Houston County, Georgia, subjecting it to the venue and jurisdiction of this Court pursuant to 28 U.S.C. §1332.

3.

The Defendant Derrick Phillips, M.D., an employee and/or agent of the Defendant Middle Georgia Orthopaedic, is a resident of Monroe County, Georgia and at all times relevant to this Complaint was and is a joint tort-feasor with the Defendant Middle Georgia Orthopaedic, subjecting him to the venue and jurisdiction of this Court pursuant to 28 U.S.C. §1332.

## FACUTAL BASIS AND CAUSES OF ACTION

4.

At all times relevant to this Complaint for Damages, the Defendant Middle Georgia Orthopaedic owned and/or operated the medical facility located at 3051 Watson Blvd. Suite 400 Warner Robins, GA, known as Middle Georgia Orthopaedic Surgery & Sports Medicine, a subsidiary of Houston Orthopaedic Surgery & Sports Medicine, P.C.

5.

The Defendant Derrick Phillips, M.D. (hereinafter "Dr. Phillips"), at all times relevant to this Complaint for Damages, was and is an Orthopedic Doctor employed and/or associated with the Defendant Middle Georgia Orthopaedic.

6.

Under the doctrine of respondeat superior, the Defendant Middle Georgia Orthopaedic is responsible and liable for the acts and omissions of the Doctors, Physicians, Nurses, staff and other employees of Middle Georgia Orthopaedic Surgery & Sports Medicine, while performing their duties in the course and scope of their employment and/or agency.

7.

On February 3, 2013, Dr. Phillips, in his capacity as an employee and/or agent of the Defendant Middle Georgia Orthopaedic, performed an open reduction internal fixation surgical procedure on the Plaintiff's right ankle.

8.

From February 3, 2013 through March 4, 2013, the Plaintiff was a patient of the Defendant Middle Georgia Orthopaedic, during which time she was placed under the direct care and supervision of Defendant Dr. Phillips.

9.

During the time period between February 3, 2013 and March 4, 2013, the Plaintiff's right ankle exhibited symptoms associated with infection, necrosis, and Gangrene.

10.

During the time period between February 3, 2013 and March 4, 2013, in which the Plaintiff's right ankle exhibited symptoms associated infection, necrosis, and Gangrene, Dr. Phillips placed a short leg cast over the Plaintiff's right ankle.

11.

During the time period between February 3, 2013 and March 4, 2013, the Defendant Dr. Phillips failed to diagnose the conditions stated in ¶¶9-10.

12.

The Defendant Dr. Phillips, in treating the Plaintiff between February 3, 2013 and March 4, 2013, failed exercise a reasonable degree of care, diligence and skill ordinarily employed by Orthopaedic Doctors under similar situations and like surrounding circumstances.

13.

The care and treatment of the Plaintiff by the Defendant Dr. Phillips between February 3, 2013 and March 4, 2013 did not meet the standard of care employed by Orthopaedic Doctors generally when presented with a patient with the symptoms and clinical findings like those of the Plaintiff.

14.

The Defendant Dr. Phillips breached the standard of care owed to the Plaintiff in, at least, the following particulars:

(a)     failing to provide adequate assessment and monitoring;

(b)     failing to provide and follow an individualized plan of care that is appropriate to meet the patient's needs;

(c)     failing to institute appropriate treatment required to stabilize the Plaintiff's condition and prevent complications;

(d)     failing to discover and diagnose the symptoms associated with infection, necrosis, and Gangrene in the Plaintiff's right ankle;

(e)     failing to diagnose the infection, necrosis, and Gangrene in the Plaintiff's right ankle;

(f)   applying a short leg cast over the Plaintiff's right ankle, which exhibited symptoms of infection, necrosis, and Gangrene;

(g)   failing to timely notify the Plaintiff of the onset of infection, necrosis, and Gangrene in the Plaintiff's right ankle;

(h)   failing to adequately monitor, observe, and treat the Plaintiff's right ankle; and

(i)   Engaging in false charting in an attempt to cover up the aforementioned acts and omissions.

15.

The foregoing deviations from the standard of care by the Defendant Dr. Phillips proximately and foreseeably caused the Plaintiff to suffer serious injuries, which caused the Plaintiff to endure unnecessary pain and suffering, and incur additional medical treatment and medical expenses in excess of $5,000.00.

16.

The foregoing deviations from the standard of care were the result of the willful misconduct, malice, wantonness and that entire want of care which proves a conscious indifference by Dr. Phillips to the safety and wellbeing of the Plaintiff.

17.

The Plaintiff has a cause of action against the Defendant Dr. Phillips under theories of negligence, professional negligence, and all other theories of liability, and is entitled to recover for her medical expenses, lost wages, and pain and suffering, as well as all other damages permitted by law.

18.

The Plaintiff has a cause of action against the Defendant Middle Georgia Orthopaedic under theories of negligence and respondeat superior, and is entitled to recover for her medical expenses, lost wages, and pain and suffering, as well as all other damages permitted by law.

WHEREFORE, Plaintiff respectfully demand a jury trial and judgment against the Defendants in an amount in excess of Seventy-Five Thousand ($75,000) for her physical injuries, medical expenses, lost wages, and pain and suffering. Plaintiff further prays for an award of punitive damages in an amount sufficient to penalize, punish and deter the Defendants for their egregious conduct in this case.  Plaintiff also prays that all costs of this action be cast against the Defendants and requests such other relief as the Court shall deem just and proper.

This 3rd Day of February, 2015.

/s/ Jason Slate
Jason Slate
GA Bar No. 846650
Attorney for the Plaintiff

SLATE & OLIVER, LLC
P.O. Box 72958
Newnan, GA 30271

**PLEASE HAVE THE SHERIFF SERVE THE DEFENDANTS AT:**

Derrick Phillips, M.D.
3051 Watson Blvd.
Suite 400
Warner Robins, GA 31093

Houston Orthopaedic Surgery & Sports Medicine, P.C.
c/o Diana Hamlin
3051 Watson Blvd., Suite 400
Warner Robins, GA 31093