IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| JOLYNN ALDERMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 5:15-CV-33-CAR |
| | ) |
| DERRICK PHILLIPS, M.D., and | ) |
| HOUSTON ORTHOPAEDIC SURGERY | ) |
| & SPORTS MEDICINE, P.C. d/b/a | ) |
| MIDDLE GEORGIA ORTHOPAEDIC | ) |
| SURGERY & SPORTS MEDICINE | ) |
| | ) |
| Defendants. | ) |

### STIPULATION OF DISMISSAL WITHOUT PREJUDICE

COMES NOW Jolynn Alderman, plaintiff in the above-styled action, by and through undersigned counsel, and with the consent of all parties hereto pursuant to Fed. R. Civ. P. 41, hereby dismisses this action without prejudice.

This 13th day of October, 2015.

/s/ Jason Slate
JASON SLATE
Georgia Bar No. 846650
*Attorney for Plaintiff*

SLATE & OLIVER, LLC
P.O. Box 72958
Newnan, GA 30271
(678) 673-6480

/s/ J. Slade Edwards
J. SLADE EDWARDS
Georgia Bar No. 039039
*Attorney for Defendants*

MARTIN SNOW, LLP
P.O. Box 1606
Macon, Georgia 31202-1606
(478) 749-1700

## CERTIFICATE OF SERVICE

This is to certify that I have this day served the within and foregoing STIPULATION OF DISMISSAL WITHOUT PREJUDICE upon opposing counsel by filing a true and correct copy of same through the Court's CM/ECF electronic filing system, which will automatically send electronic notice of filing to the following recipients:

>J. Slade Edwards
>John C. Edwards
>Richard A. Epps
>MARTIN SNOW, LLP
>240 Third Street
>P.O. Box 1606
>Macon, Georgia 31202-1606

This 13th day of October, 2015.

>/s/ Jason Slate
>JASON SLATE
>Georgia Bar No. 846650
>*Attorney for Plaintiff*

SLATE & OLIVER, LLC
P.O. Box 72958
Newnan, GA 30271
(678) 673-6480